**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON JAVON THOMPSON,<br><br>    Petitioner,<br>vs.<br><br>KIM HOLLAND (Warden),<br><br>    Respondent. | Case No. CV 15-06910-CJC (KES)<br><br>**J U D G M E N T** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 23, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE